# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MARTINEZ,<br><br>             Plaintiff,<br><br>    vs.<br><br>WAWONA FROZEN FOODS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. **CV-F-03-6478 LJO**<br><br>**ORDER RE NO PROPER REQUEST<br>FOR CONTINUANCE** |

The Court has been contacted by the parties regarding plaintiff's request for, and defendant's opposition to, a continuance of the May 20, 2005 hearing date on various motions pending before this Court. There has been no formal motion filed, no ex parte application made, or an informal request by stipulation presented. Accordingly, a proper request is not before this Court upon which the Court may act.

IT IS SO ORDERED.

**Dated:   May 9, 2005**                              /s/ Lawrence J. O'Neill
b9ed48                                                        UNITED STATES MAGISTRATE JUDGE