IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MARTINEZ, | CASE NO. **CV-F-03-6478 LJO** |
| Plaintiff, | **ORDER ON PLAINTIFF'S** *EX PARTE* **APPLICATION FOR A** |
| vs. | **CONTINUANCE** |
| WAWONA FROZEN FOODS, et al., | |
| Defendants. / | |

On May 13, 2005, Plaintiff filed an *ex parte* application for an order continuing the motions currently set before this Court for May 20, 2005:

(1) Plaintiff's motion for new trial and reconsideration of summary judgment motion (Doc. 50);

(2) Plaintiff's Motion to Amend/Correct Judgment, Rule 59(a) (Doc. 51);

(3) Plaintiff's Motion to compel depositions of Robert and William Smittcamp, extend time to decide new trial motion, motion to perpetuate testimony, Rule 59 and Rule 6 (Doc.56);

(4) Plaintiff's Objection to Defendant's Bill of Costs (Doc. 58); and

(5) Defendant's motion for Rule 11 Sanctions (Doc. 60).

Plaintiff requests a continuance of plaintiff's motions so that his counsel will have time to file reply briefs to defendant's oppositions. He also requests a continuance of Defendant's Motion for Rule 11 Sanctions.

1   Having considered the moving papers, as well as the Court's file, the Court issues the following
2 order on the *ex parte* application.
3   The request for continuance is DENIED as to the motions for:
4   (1) Plaintiff's motion for new trial and reconsideration of summary judgment motion (Doc.
5        50)
6   (2) Plaintiff's Motion to Amend/Correct Judgment, Rule 59(a) (Doc. 51)
7   (3) Plaintiff's Motion to compel depositions of Robert and William Smittcamp, extend time
8        to decide new trial motion, motion to perpetuate testimony, Rule 59 and Rule 6. (Doc.56)
9   (4) Plaintiff's Objection to Defendant's Bill of Costs (Doc. 58).
10 Plaintiff does not have a right to file a reply brief. Plaintiff will have an opportunity to respond to
11 defendant's oppositions at oral argument on May 20, 2005.
12   The request for continuance is GRANTED as to defendant's Motion for Rule 11 Sanctions. The
13 motion is continued from May 20, 2005 to June 17, 2005 at 8:30 a.m. in Department 6. The continuance
14 is based on the lack of proper notice of the motion pursuant to Rule 11. In addition, the Court does not
15 find prejudice from the continuance in that the relief requested is monetary relief and will not change
16 because of the new date for argument and submission.

18 IT IS SO ORDERED.
19 **Dated:   May 13, 2005**                **/s/ Lawrence J. O'Neill**
   b9ed48                                   UNITED STATES MAGISTRATE JUDGE