Eric H. Krich, Esq. - State Bar No. 198766         (SPACE BELOW FOR FILING STAMP ONLY)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
23rd Floor at Figueroa Tower
660 S. Figueroa Street
Los Angeles, CA 90017
Telephone:    (213) 624-6900
Facsimile:    (213) 624-6999

Attorneys for Plaintiff in Intervention
Connecticut Indemnity Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ALVARO MARTINEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>WAWONA FROZEN FOODS, a California CORPORATION, CONTAINER CORPORATION OF AMERICAN, a business, form unknown, SNORCCA, a business, form unknown, SPEED AIRE, a business, form unknown, BLACK CORPORATION, WHITE CORPORATION, DOES 1 through 100, inclusive,<br>                              Defendants. | Case No.  CV F-03-6478 LJO<br><br>**ORDER ON STIPULATION TO DISMISS COMPLAINT IN INTERVENTION FOR RECOVERY OF WORKERS' COMPENSATION BENEFITS FILED BY CONNECTICUT INDEMNITY INSURANCE COMPANY** |
| CONNECTICUT INDEMNITY INSURANCE COMPANY, administered by CAMBRIDGE INTEGRATED SERVICES GROUP, INC.,<br><br>                    Plaintiff in Intervention,<br><br>     v.<br><br>WAWONA FROZEN FOODS, a California CORPORATION, CONTAINER CORPORATION OF AMERICAN, a business, form unknown, SNORCCA, a business, form unknown, SPEED AIRE, a business, form unknown, BLACK CORPORATION, WHITE CORPORATION, DOES 1 through 100, inclusive, | |

Defendants in Intervention.

Counsel for Complainant-In-Intervention CONNECTICUT INDEMNITY INSURANCE COMPANY, administered by CAMBRIDGE INTEGRATED SERVICES GROUP, INC., and counsel for defendant, JEFFERSON SMURFIT CORPORATION (U.S.) formerly CONTAINER CORPORATION OF AMERICA hereby stipulate and agree to dismiss the Complaint-In-Intervention filed by CONNECTICUT INDEMNITY INSURANCE COMPANY, and administered by CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

Pursuant to the Stipulation signed by the parties, the Complaint-In-Intervention is ordered dismissed.

IT IS SO ORDERED.

**Dated:   June 2, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE