Lowell T. Carruth, # 034065     (SPACE BELOW FOR FILING STAMP ONLY)
David L. Emerzian, #222930
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
JEFFERSON SMURFIT CORPORATION (U.S.),
formerly known as CONTAINER CORPORATION OF
AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ALVARO MARTINEZ,<br><br>        Plaintiff,<br><br>v.<br><br>WAWONA FROZEN FOODS, a California corporation, CONTAINER CORPORATION OF AMERICAN, a business, form unknown, SNORCCA, a business, form unknown, SPEED AIRE, a business, form unknown, BLACK CORPORATION, WHITE CORPORATION, DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.  1:03-CV-6478 LJO<br><br>**STIPULATION TO DISMISS DEFENDANT'S MOTION FOR F.R.C.P. RULE 11 SANCTIONS AND TO DISMISS PLAINTIFF'S REQUEST FOR MONETARY SANCTIONS**<br><br>**Date: June 17, 2005**<br>**Time: 8:30 a.m.**<br>**Room: Courtroom 6**<br><br>Action Filed:   October 2, 2002<br>Trial Date:      September 7, 2005 |

      Counsel for Defendant JEFFERSON SMURFITT CORPORATION (U.S.) formerly known as CONTAINER CORPORATION OF AMERICA (hereafter referred to as "Defendant") and counsel for Plaintiff ALVARO MARTINEZ (hereafter "Plaintiff") hereby stipulate and agree to dismiss Defendant's Motion for F.R.C.P. Rule 11 Sanctions, which has been set for hearing on June 17, 2005 at 8:30 a.m., in courtroom 6 of the above entitled court.  Also, said counsels hereby stipulate and agree that counsel

for Plaintiff will also withdraw his Request for Monetary Sanctions as requested in Plaintiff's Opposition to Defendant's F.R.C.P. Rule 11 Motion and Request for Sanctions and Request for Monetary Sanctions.  Each party is to bear its own costs in connection with the preparation, opposition, and dismissal of the instant motions.

IT IS SO STIPULATED.

Dated: June 7, 2005                                McCORMICK, BARSTOW, SHEPPARD,
                                                   WAYTE & CARRUTH LLP


By:  _____/s/Lowell T. Carruth_____
Lowell T. Carruth
David L. Emerzian
Attorneys for Defendant
JEFFERSON SMURFIT CORPORATION
(U.S.), formerly known as CONTAINER
CORPORATION OF AMERICA

Dated: June 7, 2005                                MAGILL LAW OFFICES


By:  _____/s/Timothy Magill_____
Timothy Magill
Attorney for Plaintiff
ALVARO MARTINEZ

## ORDER

Pursuant to the above Stipulation, Defendant's Motion for F.R.C.P. Rule 11 Sanctions and  Plaintiff's Request for Monetary Sanctions are hereby dismissed.

IT IS SO ORDERED.


**Dated:   June 7, 2005**              _____/s/ Lawrence J. O'Neill_____
b9ed48                                 UNITED STATES MAGISTRATE JUDGE